**BRYAN CAVE LLP**
Robert A. Padway, California Bar No. 48439
Alexandra C. Whitworth, California Bar No. 303046
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4070
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
E-Mail: robert.padway@bryancave.com
alex.whitworth@bryancave.com

Attorneys for Defendants
U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CMALT REMIC 2006-A2, REMIC PASS-THROUGH CERTIFICATES, SERIES 2006-A2; CITIMORTGAGE, INC.; and CITICORP MORTGAGE SECURITIES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# (SACRAMENTO COURTHOUSE)

| | |
|---|---|
| DEBRA LYNN MEDFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CMALT REMIC 2006-A2, REMIC PASS-THROUGH CERTIFICATES, SERIES 2006-A2; CITIMORTGAGE, INC.; CITICORP MORTGAGE SECURITIES, INC.; NORTHWEST TRUSTEE SERVICES, INC.; and DOES 1 through 20 inclusive,<br><br>　　　　Defendants. | Case No.: 2:17-cv-01783<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY ISO MOTION TO DISMISS**<br><br>Complaint Filed: June 29, 2017<br>Removed: August 25, 2017<br>Trial Date: Not Assigned |

10991284.1

STIPULATION RE EXTENSION OF TIME

BRYAN CAVE LLP
THREE EMBARCADERO CENTER, 7TH FLOOR
SAN FRANCISCO, CA 94111-4070

IT IS HEREBY STIPULATED by and between Plaintiff DEBRA LYNN MEDFORD ("Plaintiff") and Defendants U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CMALT REMIC 2006-A2, REMIC PASS-THROUGH CERTIFICATES, SERIES 2006-A2; CITIMORTGAGE, INC.; and CITICORP MORTGAGE SECURITIES, INC. ("Defendants") as follows:

1. On September 25, 2017, Defendants filed a Motion to Dismiss the Complaint of Plaintiff, setting it for hearing on November 30, 2017;

2. On November 1, 2017, the Court issued an order vacating the hearing on the Motion to Dismiss and stating that the opposition and reply due dates shall be in accordance with the original motion hearing date;

3. On November 16, 2017, Plaintiff filed her Opposition to the Motion to Dismiss;

4. Defendants' Reply is currently due on November 22, 2017;

5. The parties stipulate that, subject to the Court's approval, Defendants may have a 14-day extension to file their Reply, making any Reply brief in support of the Motion to Dismiss due on December 6, 2017;

5. This change will not alter the date of any other event or deadline already fixed by Court order.

**IT IS SO STIPULATED.**

Dated: November 20, 2017     **BRYAN CAVE LLP**
Robert A. Padway
Alexandra C. Whitworth


By: */s/ Alexandra C. Whitworth*
        Alexandra C. Whitworth
Attorneys for Defendants
U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CMALT REMIC 2006-A2, REMIC PASS-THROUGH CERTIFICATES, SERIES 2006-A2; CITIMORTGAGE, INC.; and CITICORP MORTGAGE SECURITIES, INC.

10991284.1                    1
                              STIPULATION RE EXTENSION OF TIME

| | |
|---|---|
| Dated: November 20, 2017 | **LAW OFFICES OF JASON ESTAVILLO**<br>Jason W. Estavillo<br>Kevin E. Fusch<br>Caitlin Phair |
| | By: */s/ Kevin E. Fusch*<br>     Kevin E. Fusch<br>     Attorneys for Plaintiff<br>     DEBRA LYNN MEDFORD |

I, Alexandra Whitworth, hereby attest that that concurrence in this filing has been obtained from each of the other Signatories.

By: */s/ Alexandra C. Whitworth*
    Alexandra C. Whitworth

BRYAN CAVE LLP
THREE EMBARCADERO CENTER, 7TH FLOOR
SAN FRANCISCO, CA 94111-4070

**ORDER**

Pursuant to the stipulation of the Parties and good cause appearing, IT IS HEREBY ORDERED that Defendants' shall have a two-week extension to file any reply brief in support of their Motion to Dismiss the Complaint of Plaintiff Debra Medford. The reply shall be due not later than December 6, 2017.

IT IS SO ORDERED.

Dated: November 27, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE