**BRYAN CAVE LEIGHTON PAISNER LLP**
Tracy M. Talbot, California Bar No. 259786
Alexandra C. Whitworth, California Bar No. 303046
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4070
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
E-Mail: alex.whitworth@bclplaw.com

Attorneys for Defendants
U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CMALT REMIC 2006-A2, REMIC PASS-THROUGH CERTIFICATES, SERIES 2006-A2; CITIMORTGAGE, INC.; and CITICORP MORTGAGE SECURITIES, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### (SACRAMENTO COURTHOUSE)

| | |
|---|---|
| DEBRA LYNN MEDFORD, <br><br> Plaintiff, <br><br> v. <br><br> U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CMALT REMIC 2006-A2, REMIC PASS-THROUGH CERTIFICATES, SERIES 2006-A2; CITIMORTGAGE, INC.; CITICORP MORTGAGE SECURITIES, INC.; NORTHWEST TRUSTEE SERVICES, INC.; and DOES 1 through 20 inclusive, <br><br> Defendants. | Case No.: 2:17-cv-01783 <br><br> **STIPULATION AND ORDER FOR EXTENSION OF DISCOVERY CUTOFF AND RELATED DEADLINES** <br><br> Complaint Filed: June 29, 2017 <br> Removed: August 25, 2017 <br> Trial Date: Not Assigned |

11934869.1

STIPULATION RE DISCOVERY CUTOFF

1  IT IS HEREBY STIPULATED by and between Plaintiff DEBRA LYNN
2  MEDFORD ("Plaintiff") and Defendants U.S. BANK NATIONAL ASSOCIATION, AS
3  TRUSTEE FOR CMALT REMIC 2006-A2, REMIC PASS-THROUGH CERTIFICATES,
4  SERIES 2006-A2; CITIMORTGAGE, INC.; and CITICORP MORTGAGE
5  SECURITIES, INC. ("Defendants") (collectively, "the Parties") as follows:

6  1. On August 25, 2017, the Court issued its Initial Pretrial Scheduling Order
7  ("Scheduling Order");

8  2. On September 25, 2017, Defendants filed a Motion to Dismiss the Complaint
9  of Plaintiff ("the Motion");

10  3. The Motion has been fully briefed since December 6, 2017;

11  4. The Court has not issued any ruling on the Motion;

12  5. To avoid incurring unnecessary costs in the event the Motion is granted and
13  the Complaint is dismissed, the Parties have not yet engaged in discovery;

14  6. According to the Scheduling Order, all non-expert discovery is to be
15  completed by August 25, 2018, and further deadlines regarding expert discovery,
16  dispositive motions, and trial are triggered from the August 25, 2018 fact discovery cutoff;

17  7. Given the status of the currently pending Motion (which, if granted, would
18  dispose of the case), the Parties wish to extend the discovery cutoff and all deadlines
19  triggered therefrom, including expert discovery and dispositive motion deadlines;

20  8. To that end, the Parties agree that, with the Court's permission, the
21  Scheduling Order should be vacated or amended, and the fact discovery cutoff should be
22  extended at least eight months, through and including April 25, 2019;

23  9. The Parties further agree that all deadlines triggered from the fact discovery
24  cutoff (e.g., expert discovery and dispositive motions) should be extended accordingly.

26  **IT IS SO STIPULATED.**

11934869.1                                    1

BRYAN CAVE LLP
THREE EMBARCADERO CENTER, 7TH FLOOR
SAN FRANCISCO, CA 94111-4070

1  Dated: July 5, 2018 **BRYAN CAVE LEIGHTON PAISNER LLP**
Tracy M. Talbot
2  Alexandra C. Whitworth

3

4  By: */s/ Alexandra C. Whitworth*
Alexandra C. Whitworth
5  Attorneys for Defendants
U.S. BANK NATIONAL ASSOCIATION, AS
6  TRUSTEE FOR CMALT REMIC 2006-A2,
REMIC PASS-THROUGH CERTIFICATES,
7  SERIES 2006-A2; CITIMORTGAGE, INC.; and
CITICORP MORTGAGE SECURITIES, INC.

8

9  Dated: July 5, 2018 **LAW OFFICES OF JASON ESTAVILLO**
Jason W. Estavillo
10  Caitlin Phair

11

12  By: */s/ Caitlin Phair*
Caitlin Phair
13  Attorneys for Plaintiff
DEBRA LYNN MEDFORD

14

15

16  I, Alexandra Whitworth, hereby attest that that concurrence in this filing has been obtained

17  from each of the other Signatories.

18

19  By: */s/ Alexandra C. Whitworth*
Alexandra C. Whitworth
20

21

22

23

24

25

26

27

28

11934869.1                              2

STIPULATION RE DISCOVERY CUTOFF

**ORDER**

Pursuant to the stipulation of the Parties, and for good cause showing, IT IS HEREBY ORDERED that the fact discovery cutoff shall be extended to not later than **April 25, 2019**, and all deadlines set forth in the Court's Initial Pretrial Scheduling Order shall be amended accordingly.

IT IS SO ORDERED.

Dated: July 17, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE