Jason W. Estavillo (Bar No. 188093)
Caitlin M. Phair (Bar No. 306685)
LAW OFFICES OF JASON ESTAVILLO, PC
1330 Broadway, Suite 501
Oakland, California 94612
Telephone: (510) 982-3001
Facsimile: (510) 982-3002

Attorneys for Debra Lynn Medford

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO COURTHOUSE)

| | |
|---|---|
| DEBRA LYNN MEDFORD,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CMALT REMIC 2006-0A2, REMIC PASS-THROUGH CERTIFICATES, SERIES 2006-A2; CITIMORTGAGE, INC.; CITICORP MORTGAGE SECURITIES, INC.; NORTHWEST TRUSTEE SERVICES, INC.; and DOES 1through 20 inclusive,<br><br>　　　　　Defendants. | Case No.: 2:17-cv-01783-MCE-GGE<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT** |

　　IT IS HERE BY STIPULATED by and between Plaintiff, DEBRA LYNN MEDFORD ("Plaintiff") and Defendants U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CMALT REMIC 2006-A2, REMIC PASS-THROUGH CERTIFICATES, SERIES 2006-A2; CITIMORTGAGE, INC.; AND CITICORP MORTGAGE SECURITIES, INC. ("Defendants") as follows:

1. On September 25, 2017, Defendants filed a Motion to Dismiss the Complaint of Plaintiff, setting it for hearing on November 30, 2017;

2. On September 7, 2018, the Court issued the Memorandum and Order setting the deadline for

the filing of an Amended Complaint for September 27, 2018.

3. The parties stipulate that, subject to the Court's approval, Plaintiff may have a 14-day extension to file the Amended Complaint. The new due date for the Amended Complaint will be October 11, 2018.

IT IS SO STIPULATED.

Dated: October 2, 2018  BRYAN CAVE LEIGHTON PAISNER LLP

/s/Tracy Talbot
Tracy Talbot
Attorney for U.S. Bank National
Association, as Trustee for CMALT REMIC
2006-A2, REMIC Pass-Through
Certificates, Series 2006-A2; Citimortgage,
Inc.; and Citicorp Mortgage, Inc.; and
Citicorp Mortgage Securities, Inc.

Dated: October 2, 2018  LAW OFFICES OF JASON W. ESTAVILLO, PC

/s/Jason W. Estavillo
Jason W. Estavillo
Caitlin M. Phair
Attorneys for Debra Lynn Medford

LAW OFFICES OF JASON
W. ESTAVILLO, PC
1330 Broadway, Suite 501
Oakland, CA 94612
Telephone: (510) 982-3001
Facsimile: (510) 982-3002

## **ORDER**

Pursuant to the stipulation of the Parties, Plaintiff shall have a 14-day extension to file the Amended Complaint. The new due date for the Amended Complaint will be **October 11, 2018**.

IT IS SO ORDERED.

Dated: October 2, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

*Medford v. U.S. Bank National Association, et al.*     *Stipulation and Order*

3

LAW OFFICES OF JASON W. ESTAVILLO, PC
1330 Broadway, Suite 501
Oakland, CA 94612
Telephone: (510) 982-3001
Facsimile: (510) 982-3002